# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Paul Aery, | Civ. No. 22-0012 (KMM/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Deputy Nick Lewis; Deputy Kyle Beckwith; and Unknown Deputies, Individual and Official Capacity, | |
| Defendants. | |

This case is before the Court on Plaintiff James Paul Aery's Rule 37 motion requesting certain discovery from Defendants. (Doc. No. 23.) On July 8, 2022, the Court ordered Defendants to file a response to Plaintiff's motion. (Doc. No. 24.) Defendants subsequently filed their response. (Doc. No. 25.) As explained in their responsive memorandum, Defendants timely served Plaintiff with their discovery responses on June 3, 2022. (*Id.* at 2; Doc. No. 27 at ¶ 4, Ex. B.) Because Plaintiff has received the discovery he requests, his Rule 37 motion is now moot. Accordingly, Plaintiff's Rule 37 motion (Doc. No. 23), is **DENIED**.

    **SO ORDERED**.

Date: July 15, 2022
    *s/ Becky R. Thorson*
    BECKY R. THORSON
    United States Magistrate Judge