# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Paul Aery, | Civ. No. 22-0012 (KMM/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Deputy Nick Lewis; Deputy Kyle Beckwith; and Unknown Deputies, Individual and Official Capacity, | |
| Defendants. | |

The Court is in receipt of Plaintiff James Paul Aery's letter, which appears to be related to his recent Motion to Compel. (Doc. No. 43.)[1] As background, Plaintiff filed his Motion to Compel on September 1, 2022. (Doc. No. 34.) Defendants filed their opposition on September 12, 2022. (Doc. No. 36.) Thus, Plaintiff's discovery motion was fully briefed as of September 12, 2022.[2] On October 7, 2022, the Court ruled on Plaintiff's Motion to Compel, denying the motion without prejudice. (Doc. No. 42.) Accordingly, the issues raised in Plaintiff's letter are now moot. The Court will not take any further action on Plaintiff's letter or revisit its October 7, 2022 Order.

**SO ORDERED**.

---

[1] Plaintiff's letter is dated October 6, 2022, but was not received by the Court until October 11, 2022.

[2] Under the Local Rules, replies are not allowed for nondispositive motions, except with the Court's prior permission. *See* D. Minn. L.R. 7.1(b)(3).

2

Date: October 12, 2022                              *s/ Becky R. Thorson*
                                                    BECKY R. THORSON
                                                    United States Magistrate Judge